# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nathan Christopher Braun, | Case No. 23-CV-1784 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Maslankowski, et al., | |
| Defendants. | |

The above matter is before the Court on the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated January 25, 2024. (Doc. No. 23.) No party objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS ORDERED THAT:

1. The January 25, 2024, Report and Recommendation (Doc. No. 23) is ADOPTED; and

2. Plaintiff Nathan Braun's Motion for Protective Order and Temporary Injunction is DENIED as moot.

Dated: February 13, 2024

/s/Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court